UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Dickinson R. Debevoise

              v.                :        Crim. No. 10-303 (DRD)

JOSE LUIS MARTINEZ-RODRIGUEZ :           CONTINUANCE ORDER

         This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by Lakshmi Srinivasan Herman, Assistant
U.S. Attorney), and defendant Jose Luis Martinez-Rodriguez (by
John Yauch, AFPD) for an order granting a continuance of the
proceedings in the above-captioned matter from April 1, 2011 to
May 31, 2011 to allow the parties to conduct plea negotiations
and attempt to finalize a plea agreement, and the defendant being
aware that he has the right to have the matter brought to trial
within 70 days of the date of his appearance before a judicial
officer of this court pursuant to Title 18 of the United States
Code, Section 3161(c)(1), and as the defendant has consented to
such a continuance, and for good and sufficient cause shown,

         IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

         1.   Plea negotiations are currently in progress, and
both the United States and the defendant desire additional time
to negotiate a plea agreement, which would render trial of this
matter unnecessary;

         2.   The grant of a continuance will likely conserve
judicial resources;

3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___4ᵗʰ___ day of ~~March~~ April, 2011,

ORDERED that the period from April 1, 2011, through May 31, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Dickinson R. Debevoise
United States District Judge

Form and entry
consented to:

Lakshmi Srinivasan Herman
Assistant U.S. Attorney

John Yauch, AFPD
Counsel for defendant Jose Luis
      Martinez-Rodriguez